1 | NICOLAS A. JAMPOL (State Bar No. 244867)
     nicolasjampol@dwt.com
2 | CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
     cydneyfreeman@dwt.com
3 | SAMANTHA W. LACHMAN (State Bar No. 331969)
     samlachman@dwt.com
4 | DAVIS WRIGHT TREMAINE LLP
   | 865 South Figueroa Street, 24th Floor
5 | Los Angeles, California 90017-2566
   | Telephone: (213) 633-6800
6 | Fax: (213) 633-6899

7 | Attorneys for Defendants
   | NATHANIEL PARKER; TINY GIANT
8 | PRODUCTIONS, LLC; ASP FILM, LLC; TM
   | FILM FINANCE, LLC; and VERTICAL
9 | ENTERTAINMENT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVAN HARDWELL,<br><br>    Plaintiff,<br><br>v.<br><br>NATHANIEL PARKER, an individual, TV FILM FINANCE, LLC d/b/a/ TM FILMS, a California limited liability company; TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, a California limited liability company; VERTICAL ENTERTAINMENT, LLC, a California limited liability company, ASP FILM, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 2:21-cv-9100-DMG-PVC<br><br>**DEFENDANTS' NOTICE OF LODGING OF EXHIBIT 1 (DVD)** |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC, and Vertical Entertainment, LLC (collectively "Defendants") hereby lodge with the Court a DVD authenticated as Exhibit 1 to the declaration of Cydney Swofford Freeman in support of Defendants' motion to dismiss the complaint. Exhibit 1 is a true and correct copy of Defendants' film, *American Skin*.

DATED: January 28, 2022

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
SAMANTHA W. LACHMAN

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol

Attorneys for Defendants

1

NOTICE OF LODGING
4889-8347-8282v.1 0118814-000002

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899