NICOLAS A. JAMPOL (State Bar No. 244867)
   nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
   cydneyfreeman@dwt.com
SAMANTHA W. LACHMAN (State Bar No. 331969)
   samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
NATHANIEL PARKER; TINY GIANT
PRODUCTIONS, LLC; ASP FILM, LLC; TM
FILM FINANCE, LLC; and VERTICAL
ENTERTAINMENT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAN HARDWELL,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATHANIEL PARKER, an individual, TV FILM FINANCE, LLC d/b/a/ TM FILMS, a California limited liability company; TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, a California limited liability company; VERTICAL ENTERTAINMENT, LLC, a California limited liability company, ASP FILM, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>                    Defendant. | Case No. 2:21-cv-9100-DMG-PVC<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES**<br><br>[Fed. R. Civ. P. 7.1; Civil L.R. 7.1-1] |

Pursuant to Fed. R. Civ. P. 7.1, defendants Nathaniel Parker ("Parker"), Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC, and Vertical Entertainment, LLC ("Defendants") disclose the following:

- Tiny Giant Productions, LLC is a privately held company; its members are Parker and Zak Tanjeloff.  It does not have any parents, subsidiaries, affiliates, or companies that own at least 10% of the company, which have any securities in the hands of the public.

- TM Film Finance, LLC is a privately held company; its members are Eagle Pictures, S.p.A. and Popcorn Productions, Inc.  It does not have any parents, subsidiaries, affiliates, or companies that own at least 10% of the company, which have any securities in the hands of the public.

- ASP Film, LLC is a privately held company; Parker is its sole member.  It does not have any parents, subsidiaries, affiliates, or companies that own at least 10% of the company, which have any securities in the hands of the public.

- Vertical Entertainment, LLC is a privately held company; its member is Vertical Entertainment Holdings, LLC.  It does not have any parents, subsidiaries, affiliates, or companies that own at least 10% of the company, which have any securities in the hands of the public.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Avan Hardwell – Plaintiff
- Nathaniel Parker – Defendant
- Tiny Giant Productions, LLC – Defendant

1

NOTICE OF INTERESTED PARTIES
4857-0529-0250v.1 0118814-000002

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

- ASP Film, LLC – Defendant

- TM Film Finance, LLC – Defendant

- Vertical Entertainment, LLC – Defendant

- Atlantic Specialty Insurance Company – Insurer

- Zak Tanjeloff – Co-Member of Tiny Giant Productions, LLC

- Eagle Pictures, S.p.A. and Popcorn Productions, Inc. – Co-Members of TM Film Finance, LLC


DATED: January 28, 2022                    Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
SAMANTHA W. LACHMAN


By:   /s/ Nicolas A. Jampol
              Nicolas A. Jampol

Attorneys for Defendants

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899