UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAN HARDWELL<br><br>      Plaintiff,<br><br>vs.<br><br>NATHANIEL PARKER, an individual, TV FILM FINANCE, LLC d/b/a/ TM FILMS, a California limited liability company; TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, a California limited liability company; VERTICAL ENTERTAINMENT, LLC, a California limited liability company, ASP FILM, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>      Defendants | Case No.: 2:21-CV-9100-DMG-PVC<br><br>JOINT REQUEST FOR RULING |

To The Honorable Court

      On March 3, 2022, Defendants' Motion to Dismiss Plaintiff's Complaint was taken under submission. More than 120 days have passed and the Court has

1

not rendered and filed its decision.  Accordingly, pursuant to Local Rule 83-9.2, the Parties jointly request that a decision be made.

RESPECTFULLY SUBMITTED:

DATED: July 12, 2022            LAW OFFICES OF LARRY ZERNER

                                By: /s/Larry Zerner
                                Larry Zerner
                                Attorney for Plaintiff Avan Hardwell

DATED: July 12, 2022            DAVIS WRIGHT TREMAINE LLP
                                NICOLAS A. JAMPOL
                                CYDNEY SWOFFORD FREEMAN
                                SAMANTHA W. LACHMAN
                                By: /s/ Nicolas A. Jampol
                                Nicolas A. Jampol
                                Attorneys for Defendants