Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 21-900-DMG (PVCx)     Title: *Avan Hardwell v. Nathaniel Parker, et al.*

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court   [x] Jury<br>Duration Estimate: 5 days | 11-14-23<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 10-17-23<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 1-27-23 |
| Non-Expert Discovery Cut-Off<br>(includes hearing of discovery motions) | 5-9-23 |
| Motion Cut-Off (filing deadline)<br>Last hearing date for dispositive motions | 7-21-23<br>8-25-23 |
| Initial Expert Disclosure & Report Deadline | 5-23-23 |
| Rebuttal Expert Disclosure & Report Deadline | 6-20-23 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 7-5-23 |
| Settlement Conference Completion Date | 9-19-23 |
| Joint Status Report re Settlement | 9-26-23 |
| Motions in Limine Filing Deadline | 9-26-23 |
| Opposition to Motion in Limine Filing Deadline | 10-3-23 |
| Proposed Pretrial Conference Order | 9-26-23 |
| Contentions of Fact/Law | 9-26-23 |
| Pretrial Exhibit Stipulation | 9-26-23 |
| Joint Exhibit List | 9-26-23 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-26-23 |
| Agreed Statement of the Case | 9-26-23 |
| Proposed Voir Dire Questions | 9-26-23 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 9-26-23 |
| Verdict Forms | 9-26-23 |