Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Avan Hardwell

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAN HARDWELL<br><br>  Plaintiff,<br><br>  vs.<br><br>NATHANIEL PARKER, an individual, TV FILM FINANCE, LLC d/b/a/ TM FILMS, a California limited liability company; TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, a California limited liability company; VERTICAL ENTERTAINMENT, LLC, a California limited liability company, ASP FILM, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants | Case No.: 2:21-CV-09100-DMG-PVC<br><br>FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL<br>(F.R.C.P. Rule 38) |

Plaintiff AVAN HARDWELL ("Plaintiff") alleges against NATHANIEL PARKER, an individual, TV FILM FINANCE, LLC d/b/a/ TM FILMS, a California limited liability company; TINY GIANT PRODUCTIONS, LLC d/b/a TINY GIANT ENTERTAINMENT, a California limited liability company; VERTICAL ENTERTAINMENT, LLC, a California limited liability company; ASP FILM, LLC, a California limited liability company; and DOES 1-10, ("Defendants") as follows.

## THE PARTIES

1. Plaintiff is a screenwriter, residing in the city of Pasadena, state of California. In the summer of 2015, Plaintiff graduated summa cum laude from California State University, Northridge, with a M.F.A., Screenwriting. Over the last fifteen years, Plaintiff has written and consulted on nearly a dozen plays for Los Angeles megachurch, West Angeles C.O.G.I.C.. He's also written, directed, and produced a short film entitled The Night They Came, which currently streams on Amazon Prime.

2. Upon information and belief, Defendant Nathaniel Parker a/k/a Nate Parker is a writer, director, producer, and actor, residing in Pasadena, California. Defendant Parker wrote, directed, and starred in the film *American Skin*.

3. Defendant TM Film Finance LLC d/b/a TM Films ("TM Films") is a film production company that produced American Skin. Defendant TM Films is a limited liability corporation duly organized and existing under the laws of the State of California, with its principal place of business at 10880 Wilshire Blvd., Los Angeles, CA 90024.

4. Defendant Tiny Giant Productions, LLC d/b/a Tiny Giant Entertainment ("Tiny Giant Entertainment") is a film production company that produced

American Skin. Defendant Tiny Giant Entertainment is a limited liability corporation duly organized and existing under the laws of the State of California, with its principal place of business at 15821 Ventura Blvd., No. 265, Encino, CA 91436. Defendant Nate Parker is a Member or Manager of Tiny Giant Entertainment and serves as its Creative Director.

5.  Defendant Vertical Entertainment, LLC ("Vertical Entertainment") is the distributor of American Skin. Defendant Vertical Entertainment is a limited liability corporation duly organized and existing under the laws of the State of California. Its address is 3261 Kelton Avenue, Los Angeles CA 90034.

6.  Defendant ASP Film, LLC, holds the copyright for the American Skin motion picture. Defendant ASP Film, LLC, is a limited liability corporation duly organized and existing under the laws of the State of California, with its principal place of business at 21031 Ventura Blvd. Ste. 1110, Woodland Hills, CA 91364. Defendant Parker is a Member or Manager of ASP Film, LLC.

7.  Plaintiff does not presently know the true names and capacities of the defendants named as Does 1 through 10 and therefore sues such defendants by these fictitious names. Plaintiff believes that the Doe Defendants are persons or entities who are involved in the acts set forth below, either as independent contractors, agents, or employees of the known defendants, or through entering into a conspiracy and agreement with the known Defendants to perform these acts, for financial gain and profit, in violation of Plaintiff's rights. Plaintiff will request leave of Court to amend this Complaint to set forth their true names, identities, and capacities when Plaintiff ascertains them. The Doe defendants and the known Defendants are referred to hereinafter collectively as "Defendants."

## JURISDICTION AND VENUE

8. The present action arises under the Copyright Act, Title 17, Section 101, et seq., of the United States Code.

9. Jurisdiction is conferred on this Court by 28 U.S.C. Section 1338(a).

10. Venue lies in the Central District of California under 28 U.S.C. § 1391(a) and (b) and 28 U.S.C. Section 1400(a).

FACTS COMMON TO CLAIMS OF RELIEF

11. In or about 2016, Plaintiff wrote a motion picture screenplay titled *First and Constitution* ("the original Screenplay"). Plaintiff registered the original Screenplay with the U.S. Copyright Office on September 13, 2016, and received registration number TXu002020036.

12. Later in 2016, Plaintiff revised the Screenplay ("the revised Screenplay"), making some minor changes to the script. The revised version of the Screenplay was registered with the U.S. Copyright Office on August 28, 2022, and received registration number TXu002020036. Under U.S. Copyright Law, the copyright registration for the revised screenplay would only protect the new elements that were added to the revised Screenplay. For simplicities sake, the original screenplay and the revised Screenplay will be referred to collectively as "the Screenplay" where appropriate.

13. The Screenplay tells the story of a Black man (Makai Speakes), whose son (Orion) is shot and killed right in front of him by police on the 4th of July weekend after the police wrongly believe that Orion is reaching for a gun.

14. Makai is consumed by guilt for allowing his son's death, and after it is announced that the police officer who shot and killed Orion will not face any charges, Makai takes City Hall hostage in order to put the officer in a show trial aired on social media.

15. At the end of the movie, Makai confronts the officer but then agrees to let him go, only after he admits to profiling and wrongfully killing his son. Not long after releasing the officer and the rest of the hostages, Makai is shot and killed by the police after they decide to breach the building.

## Proof Of Access

16. Plaintiff and Parker have known each other for almost 20 years. In August 2016, Plaintiff and Parker met at a prayer meeting that Parker held at his house.

17. After the meeting, Plaintiff discussed the Screenplay with Parker and Parker told Plaintiff that he would be willing to read the Screenplay.

18. On or about December 14, 2016, Plaintiff mailed a copy of the revised Screenplay to Parker along with a cover letter which read, in pertinent part:

"Dear Mr. Parker,

> In keeping with our conversation at your time of prayer and fellowship, enclosed is a copy of my spec script, First and Constitution. As a reminder, here is the premise:
>
> When a college-bound black teen falsely suspected of robbery is shot and killed by an overzealous white cop, his outraged father holds him hostage – as the city and the nation watch.
>
> Thank you in advance for your interest."

19. On January 10, 2017, Parker sent a text message to Plaintiff stating: "Hey brother. I received your script. Will definitely take a look. Thanks for sending."

20. Plaintiff responded: "Thanks for taking the time big bro. Talk soon. Enjoy."

21. Parker responded: "Of course. My please. Pleasure. Glad you sent."

22. On January 23, 2017, Parker sent Plaintiff a text message stating: "Hey brother can you email me your script so I have a soft copy?" Parker provided Plaintiff with his email address.

23. That same day, Plaintiff emailed Parker a copy of the revised Screenplay to the email address Parker provided.

24. On January 29, 2017, Parker sent another text message to Plaintiff: "What's up brother? Want to meet and discuss your script. Also, if I recall, you cut [edit] right?"

25. On or about October 2017, Plaintiff spoke with Parker about the script on the phone and confirmed that he had read the revised Screenplay.

**The Similarities between *First & Constitution* and *American Skin* are Overwhelming.**

26. Plaintiff alleges that Defendants knowingly, willfully, and deliberately adapted, copied, and misappropriated major portions of the Screenplay to create *American Skin*.

27. Following is a brief example of some of the remarkable substantial similarities between the Screenplay and *American Skin*.

| Synopsis of First and Constitution | Synopsis of American Skin |
|---|---|
| The story of *First and Constitution* takes place in Houston, Texas during a very tense time between the black community and the local police. *First and Constitution* tells the story of a doting father named Makai Speakes, a limo driver whose son is killed by an over-zealous cop after being profiled. Feeling powerless after a grand jury exonerates the officer responsible for killing his son, Makai decides to take the officer involved hostage at City Hall — on a quest of justice — along with a group of city officials, using social media and news | The story of *American Skin* takes place in Los Angeles, California during a very tense time between the black community and the local police. *American Skin* tells the story of a doting father named Lincoln Jefferson, a janitor whose son is killed by an over-zealous cop after being profiled. Feeling powerless after a grand jury exonerates the officer responsible for killing his son, Lincoln decides to take the officer involved hostage at City Hall — on a quest of justice — along with a group of other officers, using college film crew to spread his message. |

First Amended Complaint

| | |
|---|---|
| coverage to spread his message. After a lengthy hostage negotiation, Makai gets the officer to admit that he profiled his son before ultimately killing him. In the end, after releasing all of the hostages, Makai is killed by a S.W.A.T. team in City Hall. | After a lengthy hostage negotiation, Lincoln gets the officer to admit that he profiled his son before ultimately killing him. In the end, after releasing all of the hostages, Lincoln is killed by a S.W.A.T. team in City Hall. |
| **Main Characters of First and Constitution** | **Main Characters of American Skin** |
| **Makai Speakes** — A doting father who attempts to maintain a relationship with his son after getting divorced from his wife. He was once a gang member who served time in jail, but ultimately turned his life around and started his own business — as a limo driver. He wants the best for his son and works hard for him to attends a prep school where he's afforded opportunities he wouldn't otherwise have in the public school system. | **Lincoln Jefferson** — A doting father who attempts to maintain a relationship with his son after getting divorced from his wife. He was once a soldier who served time in the military, but ultimately becomes a janitor, all in an effort to send his son to a prep school where he's afforded opportunities he wouldn't otherwise have in the public school system. |
| **Orion Speakes** — A stargazing kid, with a sense of humor, who attends a prep school in Houston, TX. Because of his proximity to white people at his school, Orion develops a false sense of security with police officers. Ultimately, when he | **Kajani "KJ" Jefferson** — A stargazing kid, with a sense of humor, who attends a prep school in Los Angeles, CA. Because of his proximity to white people at his school, KJ develops a false sense of security with police officers. |

| | |
|---|---|
| attempts to stand up for his rights, he loses his life at the hands of a trigger-happy cop. | Ultimately, when he attempts to stand up for his rights, he loses his life at the hands of a trigger-happy cop. |
| **Officer Will Caine** — An overzealous white cop who shoots and kills an unarmed black teen after racially profiling him and his father during a late night encounter in a residential neighborhood. He is also married, with a son on the way. He only admits guilt in fear that he will be executed (at gunpoint) in front of group of hostages. | **Officer Mike Randall** — An overzealous white cop who shoots and kills an unarmed black teen after racially profiling him and his father during a late night encounter in a residential neighborhood. He is also married, with a son. He only admits guilt in fear that he will be found guilty by a jury comprised of hostages, and ultimately executed (at gunpoint). |
| **Lt. Ezekiel Meadows** — is a black police Lieutenant tasked with quelling the concerns of the community, in an attempt to maintain the peace and prevent the city from rioting. As a black man, Ezekiel finds himself torn between the (black) community he was raised in, and the (blue) community he now works in. Ezekiel attempts to persuade Makai, to rethink his plan to take people hostage in City Hall — as it can only have one outcome. | **Capt. Eugene Morris** — is a black police Lieutenant tasked with quelling the concerns of the community, in an attempt to maintain the peace and prevent the city from rioting. As a black man, Eugene finds himself torn between the (black) community he was raised in, and the (blue) community he now works in. Eugene attempts to persuade Lincoln, to rethink his plan to take people hostage in City Hall — as it can only have one outcome. |
| **Major Theme(s) of *First and Constitution*** | **Major Theme(s) of *American Skin*** |

| | |
|---|---|
| **Justice** — In First and Constitution, **the hero** (Makai) **seeks justice** for his son. In a quest for justice the father **uses media** to carry out his message **to achieve mission/goal**.<br><br>**Society** — The film also **explores societal Issues** like police Profiling, Racial Discrimination & Injustice.<br><br>**Social Media-**The film explores how Social Media is used to bring attention to racial injustice. | **Justice** — In American Skin, **the hero** (Lincoln) **seeks justice** for his son. In a quest for justice the father **uses media** to carry out his message **to achieve mission/goal**.<br><br>**Society** — The film also **explores societal Issues** like police Profiling, Racial Discrimination & Injustice.<br><br>**Social Media-**The film explores how Social Media is used to bring attention to racial injustice. |
| **Setting of *First and Constitution*** | **Setting of *American Skin*** |
| The opening scene/murder is set on a street in Houston on the July 4th weekend.<br><br>The second half of the film takes place in Houston City Hall before a group. | The opening scene/murder is set on a street in Los Angeles on the July 4th weekend.<br><br>The second half of the film takes place in Houston City Hall before a group. |
| **Dialogue from *First and Constitution*** | **Dialogue from *First and Constitution*** |
| The officers involved in the shooting states: **"Hell, if the kid had just complied…"** | The officer involved in the shooting says: **"Why couldn't he just comply?"** and also **"If he'd just complied!"** |
| In the aftermath of his son's death saying, Makai states: **"I couldn't do anything to save my son. What does that make me?"** | In the aftermath of his son's death saying, Lincoln states **"I can't do shit about it. I ain't shit."** And later **"I couldn't save him."** |

First Amended Complaint

| | |
|---|---|
| Makai expresses a feeling of helplessness after hearing the officer who killed his son will not face charges, saying: **"The man who killed my son is free to continue his life as usual."** | Linc expresses a feeling of helplessness after hearing the grand jury's decision is announced saying: **"They killed my son and let him go right back to work."** |
| Lt. Meadows tries to sympathize with Makai by saying: **"I'm not the enemy here."** | Capt. Morris tries to sympathize with Makai by saying: **"I'm not the enemy."** |
| Makai says: "I'm here to get justice." | Lincoln says: "I just want justice." |
| Meadows tries to talk Makai into standing down by saying: **"Stop now and we'll figure out the rest."** | Tayana tries to talk Lincoln into standing down by saying: **"We can figure it out. We can work through this together."** |
| Makai states his intention during his monologue on social media platform: **"The world will bear witness to me."** And: **"I want the world to hear him confess."** | Lincoln states his intention to the director /student filmmaker who's filming a documentary about KJ's death: **"It was to make the world see."** |
| The accused officer (Will Caine) cowering before Makai says: **"I panicked. All I could think about was my pregnant wife."** | The accused officer (Mike Randall) cowers and says: **"I was scared. I wanted to go home. To my kid. I wanted to see my son."** |
| The accused officer (Will Caine) says to his wife **"…I had seconds (to decide).** | The accused officer (Mike Randall) says the father **"…I had seconds."** |

| | |
|---|---|
| **Makai holds a gun to Officer Caine's head**, "**How does it feel**…to have a gun pointed at you?" **Rhonda says** "Makai **stop**. He isn't worth it…I understand you want them to feel the same fear we feel." | **Linc points a gun** in **Officer Randall**'s direction and asks, "You scared…are **you afraid?**" **Jordin** calls Linc's name to **stop him**. |
| In the opening scene of the film, Makai attempts to calm Rion down after being stopped by two (2) police officers saying, "**It's fine Rion. Stay calm.**" | In the opening scene of the film, Lincoln attempts to KJ down after being stopped by two (2) police officers saying, "**It's okay. It's alright.**" |
| After Makai and Rion are stopped by two (2) police officers, Makai screams for Rion to "**get on the fucking ground**" while one of the white officers (Will Caine) yells demands at the son, "**get on the fucking ground**," **gun drawn**. | After Lincoln and KJ are stopped by two (2) police officers, Lincoln screams for KJ to "**put the phone down**" while one of the white officers (Mike Randall) yells demands at the son **gun drawn**, "**put the fucking phone away**." |
| When Makai takes City Hall hostage, he takes Lt. Meadows gun from him. Initially the Mayor's security detail attempts to fight back. But Lt. Meadows orders him to put his gun down and "**do what he (Makai) says,**" while Makai holds a gun at his head. | When Linc and his band of cohorts take over City Hall while holding Capt. Eugene Morris at gunpoint. The officers initially fire back until Capt. Morris orders his men to "**stand down**" while Linc holds a gun at his head. |
| During a debate in the hostage situation, one of the hostages comments on black-on-black crime by saying, "**blacks die at the hands of other blacks every day.**" | During the show trial, Officer Hollander comments on black-on-black crime, "**How many blacks in a year are killed by other blacks?**" |

First Amended Complaint

| | |
|---|---|
| Officer Caine argues its impossible for him to be a racist after shooting an unarmed black kid saying, "…somehow that makes me a **racist**…my wife black **for Christ sakes**." | Officer Hollander addresses being labeled a racist, "**I'm not racist**…we have a **black** captain **for Christ sakes**." |
| Makai addresses the public, the media, the police, the hostages using social media, saying. "**…some of you may be wondering who I am, while others may already know…I am a father whose son was killed right before his eyes.**" | Linc addresses the hostages for the first time to explain why he's taking the actions he is… "**Those of you who know why I'm here, you know what I've lost…justice was not served.**" |

# FIRST CLAIM FOR RELIEF

(For Copyright Infringement Against All Defendants)

29.   Plaintiff re-alleges and incorporates by reference, as though set forth in full, paragraphs 1 through 27 above as though fully set forth herein.

30.   At all times material hereto, the original Screenplay and the revised Screenplay were and have been original works of authorship protected by the laws of copyright. Plaintiff has complied with all statutory formalities to obtain registration of his copyright in the two Screenplays.

31.   Plaintiff alleges that Defendants used, copied, adapted, paraphrased, and pirated the Screenplays in *American Skin*.

32. Defendants use of the Screenplays as alleged herein to create *American Skin* infringes on Plaintiff's copyrights in the Screenplays and on Plaintiff's exclusive right to adapt the Screenplays and to prepare derivative works based on the Screenplays.

33. Plaintiff has never authorized Defendants, by license or otherwise, to produce a derivative work embodying the Screenplays.

34. Defendants' acts, in adapting the Screenplays into a motion picture and as hereinabove alleged are infringements of plaintiff's copyrights.

35. Defendants' acts, as hereinabove alleged were done knowingly, willfully, and deliberately.

36. As a direct and proximate result of the wrongful acts of Defendants, Plaintiff has suffered and will continue to suffer substantial injuries and damage. Such injuries and damages include, but are not limited to, the fact that Plaintiff has been unfairly deprived of (1) damages for the infringing use of the Screenplays; (2) the fair opportunity to produce the Screenplays due to the production of *American Skin*; and (3) appropriate recognition, including a screen credit, to which he is undeniably entitled. Plaintiff seeks to recover actual damages suffered by Plaintiff as a result of the infringement and all profits attributable to the infringement, including, but not limited to, all of defendants' revenues from exploitation of the

infringing work. Plaintiff will seek leave of Court to amend this Complaint when the full nature and extent of such monetary damages are ascertained. Plaintiff reserves the right to elect statutory damages or actual damages, as appropriate. Alternatively, Defendants threaten to continue to act as alleged above and unless restrained and enjoined will continue to do so, all to Plaintiff's irreparable injury. The wrongful acts of Defendants are of a continuing nature and will require a multiplicity of judicial proceedings. Accordingly, and alternatively, Plaintiff is entitled to preliminary and permanent injunctive relief to enjoin the wrongful conduct of defendants alleged above.

**SECOND COUNT**
**(Copyright Infringement Through Distribution Of The Motion Picture *American Skin* Against Vertical Entertainment, Inc.)**

30. Plaintiff hereby incorporate by reference Paragraphs 1 through 29 of this Complaint as though the same were set forth in full herein.

31. At all times material hereto, the Screenplays were and have been original work of authorship protected by the laws of copyright. Plaintiff has complied with all statutory formalities to obtain registration of their copyrights in the Screenplays.

32. Upon information and belief, Defendants had access to the Screenplays as described more fully above, and by other means not yet discovered.

33. Defendants have distributed and will continue to distribute the motion picture *American Skin*. As set forth above, *American Skin* infringes the copyrights to The Screenplays.

34. Defendants are currently infringing upon, and upon information and belief, will continue to infringe upon Plaintiff's exclusive right to adapt the Screenplays and prepare other derivative works developed therefrom.

35. Plaintiff has never authorized defendants, by license or otherwise, to distribute a derivative work embodying the Screenplays.

36. Defendants' acts, as hereinabove alleged, are infringements of Plaintiff's copyrights.

37. Defendants' acts were done knowingly, willfully, and deliberately.

38. As the direct and proximate result of the wrongful acts of defendants, Plaintiff has suffered and will continue to suffer substantial injuries and damage. Such injuries and damages include, but are not limited to, the fact that Plaintiff has been unfairly deprived of (1) compensation for the infringing use of the Screenplays; (2) the fair opportunity to produce the Screenplays due to the release of *American Skin*; and (3) appropriate recognition, including a screen credit, to which he is undeniably entitled. Plaintiff seeks to recover of all actual damages suffered by Plaintiff as a result of the infringement and all profits attributable to the

infringement including, but not limited to, all of defendants' revenues from exploitation of the infringing work. Plaintiff will seek leave of Court to amend this Complaint when the full nature and extent of such monetary damages are ascertained. Plaintiff reserves the right to elect statutory damages or actual damages, as appropriate. Alternatively, defendants threaten to continue to act as alleged above and unless restrained and enjoined will continue to do so to plaintiff's irreparable injury. The wrongful acts of defendants are of a continuing nature and will require a multiplicity of judicial proceedings. Accordingly, and alternatively, plaintiff is entitled to preliminary and permanent injunctive relief to enjoin the wrongful conduct of defendants alleged above.

WHEREFORE, Plaintiff pray for judgment against defendants as follows:

### ON THE FIRST COUNT

1. Judgment in favor of plaintiff and against defendants Nathaniel Parker, TV Film Finance, LLC d/b/a/ TM Films; Tiny Giant Productions, LLC *d/b/a* Tiny Giant Entertainment; and ASP Film, LLC on the first count for copyright infringement:

2. For an injunction ordering that defendants Nathaniel Parker, TV Film Finance, LLC d/b/a/ TM Films; Tiny Giant Productions, LLC *d/b/a*

Tiny Giant Entertainment; and ASP Film, LLC, and their agents and employees be permanently enjoined from infringing on plaintiff's copyright in the Screenplays in any manner, including producing additional projects, distributing, or exhibiting *American Skin* or any additional projects based on the Screenplay without plaintiff's express consent;

3. For such compensatory damages as Plaintiff has sustained as a result of defendants illegal infringements of his copyright, in an amount to be proven at trial, together with interest thereon as provided by law;

4. For all profits attributable to the infringement including but not limited to all revenues from exploitation of the infringing work;

5. Alternatively, plaintiff seeks statutory damages for willful copyright infringement in the amount of One Hundred and Fifty Thousand Dollars ($150,000.00) for each act of infringement or otherwise according to proof;

6. For an accounting of all gains, profits and advantages named defendants derive from their copyright infringement of the Screenplays;

7. For the costs of suit and reasonable attorney's fees; and

8. For such other and further relief as the Court deems appropriate.

## ON THE SECOND COUNT

1.       Judgment in favor of plaintiff and against Vertical Entertainment, LLC, on the second count for copyright infringement:

2.       For an injunction ordering that Vertical Entertainment, LLC, and their agents and employees be permanently enjoined from infringing on plaintiff's copyrights in the Screenplays in any manner, including but not limited to exhibiting, distributing, or showing the motion picture *American Skin,* in any media or method of delivery now known or here after devised, without Plaintiff's express consent;

3.       For such compensatory damages as Plaintiff has sustained as a result of defendants illegal infringements of their copyrights, in an amount to be proven at trial, together with interest thereon as provided by law;

4.       For all profits attributable to the infringement including but not limited to all revenues from exploitation of the infringing work;

5.       Alternatively, Plaintiff seeks statutory damages for willful copyright infringement in the amount of One Hundred and Fifty Thousand Dollars ($150,000.00) for each act of infringement or otherwise according to proof;

6.       For an accounting of all gains, profits and advantages named defendants derive from their copyright infringement of the Screenplays;

7.       For the costs of suit and reasonable attorney's fees; and

8.      For such other and further relief as the Court deems appropriate.

DATED: March 7, 2023            LAW OFFICES OF LARRY ZERNER


                                By: /s/Larry Zerner_____
                                    Larry Zerner
                                    Attorney for Plaintiff Avan Hardwell


<u>DEMAND FOR TRIAL BY JURY</u>

Plaintiff Avan Hardwell pursuant to Rule 38 of the Federal Rules of Civil Procedure hereby demands trial by jury of all issues so triable in the present action.

DATED: March 7, 2023            LAW OFFICES OF LARRY ZERNER


                                By: __/s/Larry Zerner_____
                                    Larry Zerner
                                    Attorney for Plaintiff Avan Hardwell

**First Amended Complaint**